1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN EGAN, Legal Guardian of H.F., a minor,<br><br>           Plaintiff,<br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT, a local educational agency,<br><br>           Defendants. | Civil No. 09cv0643 L(RBB)<br><br>ORDER GRANTING JOINT EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE [DOC. NO. 9] |

The Court, having reviewed and considered the Joint Ex Parte Application to Continue Briefing Schedule and for good cause appearing, does hereby GRANT the Joint Application.

No later than November 23, 2009, Plaintiff shall file her motion for summary judgment.

A settlement disposition conference will be held on <u>November 20, 2009, at 8:00 a.m.</u>, in the chambers of Magistrate Judge Brooks **UNLESS AN ORDER GRANTING A JOINT MOTION TO DISMISS THE CASE HAS BEEN ENTERED PRIOR TO THE SCHEDULED SETTLEMENT DISPOSITION CONFERENCE. IN ALL CASES WHERE ELECTRONIC FILING IS REQUIRED, THE PARTIES SHALL ELECTRONICALLY FILE A JOINT MOTION TO DISMISS THIS**

1   **CASE BY <u>November 13, 2009</u>.  IN ADDITION, THE PARTIES SHALL E-MAIL A**
2   **PROPOSED ORDER GRANTING THE JOINT MOTION TO JUDGE BROOKS'S OFFICIAL**
3   **E-MAIL ADDRESS (<u>efile_brooks@casd.uscourts.gov</u>) PREFERABLY IN**
4   **WORDPERFECT FORMAT, WITH A COPY OF THE E-MAIL AND PROPOSED ORDER**
5   **BEING SENT TO OPPOSING COUNSEL.**
6      **IN CASES INVOLVING PRO SE LITIGANTS OR WHERE ELECTRONIC FILING**
7   **IS NOT REQUIRED, THE ORIGINAL AND COPIES OF A SIGNED JOINT MOTION**
8   **TO DISMISS THIS CASE AND PROPOSED ORDER GRANTING THE JOINT MOTION**
9   **SHALL BE HAND-DELIVERED OR MAILED TO MARCIA GARCIA, LEGAL**
10   **ASSISTANT, CHAMBERS OF MAGISTRATE JUDGE BROOKS, 940 FRONT STREET,**
11   **RM. 1185, SAN DIEGO, CA, 92101, PRIOR TO <u>November 13, 2009</u>.  IF THE**
12   **JOINT MOTION AND PROPOSED ORDER HAVE NOT BEEN SUBMITTED, A**
13   **SETTLEMENT DISPOSITION CONFERENCE WILL BE HELD ON <u>November 20,</u>**
14   **<u>2009, at 8:00 a.m.</u> IN THE CHAMBERS OF MAGISTRATE JUDGE BROOKS.**
15      The joint motion for dismissal will be reviewed by Magistrate
16   Judge Brooks and then forwarded to the district judge.  If a joint
17   motion cannot be submitted on or before the date indicated above,
18   counsel shall contact the chambers of Magistrate Judge Brooks at
19   least one court day before the date indicated above to explain why
20   the joint motion was not submitted.
21      **If the parties wish to consent to continuing magistrate judge**
22   **jurisdiction, a consent form signed by the parties and counsel**
23   **shall accompany the joint motion to dismiss.  Consent forms are**
24   **available in the Clerk's office or on-line.**
25
26
27
28

**Monetary sanctions may be imposed for failure to comply with this order.**

**IT IS SO ORDERED.**

Dated: September 29, 2009

Ruben B. Brooks, Magistrate Judge
United States District Court

cc:
Judge Lorenz
All Parties of Record